

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00128-CV

———————————————

IN RE ELSABET TADELE CHIBESA, Relator

---

Original Proceeding
Trial Court No. CV-2018-03480

---

Before Bassel, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: April 9, 2019